### 46807. WESTINGHOUSE ELECTRIC CORPORATION v. D. M. WEATHERLY COMPANY et al.

EBERHARDT, Judge. The record in this case discloses genuine issues of material fact as to whether defendant seller-shipper improperly or inadequately packed a "15 KVA Inverter" for shipment to plaintiff purchaser via motor common carrier. Hence the trial court did not err in denying defendant's motion for summary judgment, and the judgment is

*Affirmed. Bell, C. J., and Evans, J., concur.*

ARGUED JANUARY 4, 1972—DECIDED JANUARY 18, 1972.

*Carter, Ansley, Smith, McLendon & Quillian, James B. Gurley,* for appellant.
*Candler, Cox & Andrews, E. Lewis Hansen,* for appellees.

### 46832. BURKE v. THE STATE.

JORDAN, Presiding Judge. The defendant appeals the overruling of his motion for a new trial upon conviction for simple battery. The testimony is conflicting, but under that version favorable to the State as related by the alleged victim and eyewitnesses the defendant committed an unprovoked battery on a City of Dallas patrolman. The evidence supports the verdict and the contentions of the defendant concerning error in instructing or failing to instruct the jury are without merit.

*Judgment affirmed. Deen and Clark, JJ., concur.*

ARGUED JANUARY 6, 1972—DECIDED JANUARY 18, 1972.

*C. C. Perkins,* for appellant.